United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**FILED**
October 5, 2006

Charles R. Fulbruge III
Clerk

---

No. 06-50227
Conference Calendar

---

D.C. Docket No. 3:05-CR-2310-ALL

FILED 2008 MAY 8 PM 2:22
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES OF AMERICA

      Plaintiff - Appellee

    v.

CARLOS RAMIREZ-MORA also known as, Luis A Ramirez also known as, Luis Alberto Ramirez-Hernandez

      Defendant - Appellant

Appeal from the United States District Court for the
Western District of Texas, El Paso.

Before JONES, Chief Judge, and SMITH, and STEWART, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: OCT 27 2006

                                    A True Copy
                                      Attest

                          Clerk, U.S. Court of Appeals, Fifth Circuit

                          By: _Ulinah R. Martin_
                                  Deputy OCT 27 20__

New Orleans, Louisiana

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 5, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-50227
Conference Calendar

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

CARLOS RAMIREZ-MORA, also known as Luis Alberto
Ramirez-Hernandez, also known as Luis A. Ramirez,

                              Defendant-Appellant.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:05-CR-2310-ALL

---

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

PER CURIAM:*

    Appealing the Judgment in a Criminal Case, Carlos Ramirez-Mora raises arguments that are foreclosed by <u>Almendarez-Torres v. United States</u>, 523 U.S. 224, 235 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.